No. 90–910.  WHITCOMBE v. WEYERHAEUSER CORP. ET AL. C. A. 9th Cir.  Certiorari denied.

No. 90–976.  ANCLOTE MANOR HOSPITAL, INC., ET AL. v. LEWIS.  C. A. 11th Cir.  Certiorari denied.

No. 90–1068.  NATIONAL RIFLE ASSN. ET AL. v. BRADY, SECRETARY OF TREASURY, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 90–1073.  MCMAHON v. TRUMP ET AL.  C. A. 4th Cir. Certiorari denied.

No. 90–1076.  CHAMBERS v. UNITED STATES DEPARTMENT OF THE ARMY ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 90–1080.  BRADAC ET UX. v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 90–1106.  DEGEURIN v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 90–1127.  RAILWAY LABOR EXECUTIVES' ASSN. ET AL. v. INTERSTATE COMMERCE COMMISSION ET AL. (two cases).  C. A. D. C. Cir.  Certiorari denied.

No. 90–1143.  PRECISE CASTINGS, INC. v. NATIONAL LABOR RELATIONS BOARD.  C. A. 7th Cir.  Certiorari denied.

No. 90–1151.  VEST ET AL. v. ZIAEE ET AL.; and
No. 90–1331.  ZIAEE ET AL. v. VEST ET AL.  C. A. 7th Cir. Certiorari denied.  Reported below: 916 F. 2d 1204.

No. 90–1157.  TODD PACIFIC SHIPYARDS CORP. ET AL. v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, ET AL.  C. A. 9th Cir. Certiorari denied.